July 2, 1982.

448 A.2d 1143

Beneficial Cons. Disct. Co. v. Anderson, Appellant.

Submitted November 14, 1980. Dennis J. Stefanik, for appellant; Robert N. Clarke, for appellee. Before CERCONE, P. J., WIEAND and JOHNSON, JJ. The order of August 30, 1977, is affirmed.

WIEAND, J., filed a memorandum concurring statement. CERCONE, P. J., filed a memorandum dissenting opinion.